```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION
```

PPG ARCHITECTURAL FINISHES, INC.,   )
                                    )
                Plaintiff,          )
                                    )
     v.                             )    No.  07 C 3945
                                    )
K&R CHRISTOPHER, INC.,              )
                                    )
                Defendant.          )

## MEMORANDUM ORDER

PPG Architectural Finishes, Inc. ("PPG") has just filed this diversity of citizenship action against K&R Christopher, Inc. ("Christopher"), seeking recovery for goods sold and delivered. This memorandum order is issued sua sponte, concurrently with this Court's standard initial scheduling order, to address two glitches in PPG's Complaint.

To begin with, the Complaint's prayer for relief has obviously been copied from another complaint prepared by PPG's counsel, because it refers to plaintiff as "S.P. Richards Company" rather than PPG and to defendant as "Business Supply Corp." rather than Christopher. That inadvertent error must of course be corrected, and counsel are granted until July 23, 2007 to do so.

When PPG's counsel return to the drawing board for that purpose, they should also strike the "Verification by Certification" that accompanies the Complaint. That Verification form shows on its face that it is submitted pursuant to a

provision of the Illinois Code of Civil Procedure that is not (of course) part of the federal pleading system, which does not require any verification of pleadings except under special circumstances not involved here.

                                        _____
                                        Milton I. Shadur
                                        Senior United States District Judge

Date: July 16, 2007